**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

|  |  |  |
|---|---|---|
| FEDNAV INTERNATIONAL LTD., | : | |
| Plaintiff, | : | Civil No. |
| v. | : | |
| DAEWOO LOGISTICS CORP., | : | September 9, 2009 |
| Defendant. | : | |

## INTERROGATORIES TO GARNISHEES

Plaintiff, by its attorney Robert K. Marzik, submits the following interrogatories to garnishee, Travelers Casualty and Surety Company of America and/or Travelers Companies, Inc. and/or Travelers Corporation, to be answered separately and fully in writing under oath pursuant to Federal Rule of Civil Procedure 33 and Supplemental Rule for Admiralty or Maritime Claims and Assets Forfeiture Actions B(3)(a) within twenty-one (21) days after service of process upon the garnishee.

1. State whether Travelers Casualty and Surety Company of America and/or Travelers Companies, Inc. and/or Travelers Corporation (hereinafter referred to as "Travelers") has issued as surety to any person or persons, defendants or otherwise in any judicial proceeding or other place a surety bond as security for claims asserted by one or more

third-party plaintiffs or claimants or otherwise against Daewoo Logistics Corp.

2.      If the answer to the foregoing question is "yes", state whether Travelers received collateral from Daewoo Logistics Corp. for all or part of the face amount of any and all bonds issued by Travelers and, to the extent that Travelers received collateral, state the full amount of the collateral currently held by Travelers in respect of such bonds.

3.      With regard to each and every bond, set forth the text of each and every bond in which Travelers is the surety and Daewoo Logistics Corp. is the principal, and state which bonds are in effect as of the date of service of these interrogatories.

4. Set further the terms and conditions of any contract between Travelers and Daewoo Logistics Corp. which governs the surety bonds identified above.

Dated: Stratford, Connecticut
September 9, 2009

        THE PLAINTIFF,
        FEDNAV INTERNATIONAL LTD.

        By: _____
            Robert K. Marzik, Esq. (ct05296)
            Law Offices of Robert K. Marzik, P.C.
            1512 Main Street
            Stratford, Connecticut 06615-7097
            Telephone: (203) 375-4803
            Facsimile: (203) 386-0136
            E-Mail: rkm@marziklaw.com